IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br>A pink and white Apple iPhone 6S, Model<br>A1688, FCC ID:BCG-E2946A | No.   2:17-MJ-44 |

## MOTION TO UNSEAL SEARCH WARRANT APPLICATION, AFFIDAVIT, AND SEARCH WARRANT

The United States of America, by and through the United States Attorney for the Northern District of Texas, files this Motion to Unseal the Search Warrant Application, Affidavit, and Search Warrant in the above entitled and numbered cause, and in support of such motion would respectfully show the Court as follows:

I.

There is no need for the above-referenced documents to remain sealed as these documents are relevant to the charges for which the defendant is currently under indictment in Cause No. 2:17-CR-054-D.

II.

In order to comply with its discovery obligations, the government asks that the documents be unsealed.

Motion to Unseal – Page 1

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

/s/ Anna Marie Bell
ANNA MARIE BELL
Assistant United States Attorney
New Mexico Bar No. 12501
500 South Taylor Street, Suite 300
Amarillo, Texas   79101-2446
Telephone:   806-324-2397
Facsimile:    806-324-2399
E-Mail:       anna.bell@usdoj.gov