IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br>A pink and white Apple iPhone 6S, Model<br>A1688, FCC ID:BCG-E2946A | No.   2:17-MJ-44 |

### ORDER TO UNSEAL SEARCH WARRANT APPLICATION, AFFIDAVIT, AND SEARCH WARRANT

The Motion to Unseal the Search Warrant Application, Affidavit, and Search Warrant in this matter having been presented to the Court,

IT IS ORDERED that for the reasons set forth in said Motion, the Search Warrant Application, Affidavit, and Search Warrant in this matter shall be unsealed.

SO ORDERED.

DATED the ___22nd___ day of ___June___, 2017.

CLINTON E. AVERITTE
UNITED STATES MAGISTRATE JUDGE